CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

3/28/2019

JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CAROLYN A. NUNN,<br><br>*Plaintiff*,<br><br>v.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant*. | CASE NO. 6:17-cv-00054<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on consideration of the parties' cross-motions for summary judgment (dkts. 19, 23), the Report and Recommendation of United States Magistrate Judge Robert S. Ballou (dkt. 28, "R&R"), Plaintiff's objections (dkt. 33), and the Commissioner's response thereto (dkt. 34). For the reasons set forth in the accompanying memorandum opinion, the Court will **ADOPT** the R&R. Accordingly, the Court will **DENY** Plaintiff's motion for summary judgment (dkt. 19) and **GRANT** the Commissioner's motion for summary judgment (dkt. 23). It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record, and to United States Magistrate Judge Robert S. Ballou. The clerk is also directed to close this case and strike it from the active docket of the Court.

Entered this  28th  day of March, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE